IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0365
 ((((((((((((((((

 Citgo Refining And Marketing, Inc., And Citgo Petroleum Corporation

 v.

 AMELIA GARZA

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate, filed on May 7, 2007, is granted,
and this case is ABATED to allow the parties to proceed with settlement
negotiations.
 2. This case is removed from the Court's active docket until July
10, 2007, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 11th day of May, 2007.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk